ACCEPTED
14-15-00203-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 1:34:02 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00203-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 1:34:02 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE MATTER OF THE MARRIAGE OF
MELBA JO MONTGOMERY, Appellant
and
LEO BRIAN MONTGOMERY, Respondent Below
v.
STEWART TITLE COMPANY, DARREN MONTGOMERY,
and VALARIE GALVAN, Appellees
v.
BILAL AQUIL, ET AL, Co-Respondents Below**

**On appeal from the 310th Judicial District Court of Harris County, Texas**

**APPELLEES' RESPONSE TO APPELLANTS' MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF**

**McLeod, Alexander, Powel & Apffel, P.C.**
Anthony P. Brown
State Bar No. 03091300
apbrown@mapalaw.com
Jocelyn A. Holland
State Bar No. 24059965
jaholland@mapalaw.com
802 Rosenberg
P. O. Box 629
Galveston, TX 77553
T: (409) 763-2481
F: (409) 762-1155

**ATTORNEYS FOR APPELLEES
STEWART TITLE COMPANY, DARREN
MONTGOMERY, and VALARIE GALVAN**

To the Honorable Court:

1.     Appellant, Pro Se, has filed a Motion for Extension of Time to file her Reply Brief. In that Motion, Appellant represented to this Court that (1) she had conferred with Jocelyn Holland, counsel for Appellees, regarding the merits of her Motion, and (2) Appellees were unopposed to her request for an extension.

2.     However, contrary to her Certificate of Service, Appellant never contacted Jocelyn Holland, or any other attorney at Ms. Holland's law firm of McLeod, Alexander, Powel & Apffel, P.C., regarding her request for an extension. See Exhibit A to this Response. Appellees were unaware of Appellant's intent to request an extension until they were served with her Motion yesterday, November 24, 2015.

3.     In fact, Appellees were unaware of the Motion to Withdraw attached to Appellant's Motion, until yesterday. Further, that Motion is inconsistent with the representations that Appellant's counsel, Gogo Owor, made to the undersigned counsel for Appellant in an email dated October 29, 2015. *See* Exhibit B attached hereto. This directly contradicts the correspondence referenced in Appellant's Motion. Thus, the issue of who - if anyone - represents Appellant Melba Montgomery in this Appeal is an elusive, moving target.

4.     That said, Appellees are unopposed Appellant's request for an extension of time to file her Reply Brief.

Respectfully Submitted,

**McLeod, Alexander, Powel & Apffel, P.C.**

 /s/ *Anthony P. Brown*
Anthony P. Brown
State Bar No. 03091300
Jocelyn A. Holland
State Bar No. 24059965
802 Rosenberg; P. O. Box 629
Galveston, Texas  77553
(409) 763-2481; (281) 488-7150
(409) 762-1155 – Facsimile
apbrown@mapalaw.com
jaholland@mapalaw.com

**ATTORNEYS FOR APPELLEES**

# CERTIFICATE OF SERVICE

I hereby certify that on this, the 25th day of November, 2015, a true and correct copy of the foregoing Response was served by email on the following party and attorney:

Melba Jo Montgomery, Pro Se
17427 Atascacita Bend Dr.
Humble, TX 77396
713-291-2011
melbajmont@yahoo.com

Gogo Owor
Law Office of Gogo U.K. Owor & Associates, P.L.L.C.
6475 Hillcroft Avenue, Suite B
Houston, TX 77081
Tel: (713) 778-8000
Fax: (713) 779-4646
attorney@gogolaw.net

/s/ *Jocelyn A. Holland*
Jocelyn A. Holland

NO. 14-15-00203-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT
AT HOUSTON, TEXAS

---

IN THE MATTER OF THE MARRIAGE OF
MELBA JO MONTGOMERY, Appellant
and
LEO BRIAN MONTGOMERY, Respondent Below
v.
STEWART TITLE COMPANY, DARREN MONTGOMERY,
and VALARIE GALVAN, Appellees
v.
BILAL AQUIL, ET AL, Co-Respondents Below

---

**AFFIDAVIT OF JOCELYN A. HOLLAND**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | |
| COUNTY OF GALVESTON | § | |

BEFORE ME, the undersigned authority, on this day personally appeared Jocelyn A. Holland, who being by me duly sworn, deposed and stated under oath as follows:

"My name is Jocelyn A. Holland. I am counsel for Appellees, Stewart Title Company, Darren Montgomery, and Valerie Galvan, in this case. I am over the age of 18 and I am of sound mind. I have personal knowledge of the matters stated herein.

Appellant Melba Jo Montgomery never contacted me or conferred with me regarding her request for an extension of time to file a Reply Brief. Ms. Montgomery also never contacted anyone at my firm regarding her request for an extension.

1

"FURTHER AFFIANT SAYETH NOT."

_____
Jocelyn A. Holland

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 25th day of
___NOVEMBER___, 2015.

_____
Notary Public In and For
The State of TEXAS

JOHN V. RABEL
My Notary ID # 2170938
Expires July 7, 2017

2

**Anthony Brown**

| | |
|---|---|
| **From:** | Gogo UK Owor <gogo@gogolaw.net> |
| **Sent:** | Thursday, October 29, 2015 7:00 PM |
| **To:** | Anthony Brown; Jocelyn Holland |
| **Subject:** | NOTICE OF NON-REPRESENTATION;    Case No. 14-15-00203-CV;    Melba Jo Montgomery |

Dear Mr. Brown:

I believe I sent you an incomplete message.   On October 13, 2015, I meant to tell you that I am no longer representing Ms. Melba Montgomery at the **District Court Level**. As far as the appeal is concern, I am still the attorney of record.  Therefore, please forward all appeal's filings and related communications to me.

Thanks.

Gogo U.K Owor
Attorney & Counselor at Law
6475 Hillcroft Ave. Suite B
Houston, Texas 77081
Family.Immigration.Criminal.Civil
Tel: 713-778-8000
Fax: 713-779-4646
Website: http://www.gogolaw.net